```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

RHONDA FRAZIER,                    :
                                   :
        Plaintiff,                 :
                                   :
vs.                                :    CIVIL ACTION 12-0567-WS-M
                                   :
STATE OF ALABAMA, et al.,          :
                                   :
        Defendants.                :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. ' 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice for failure to prosecute and to obey the Court's Order.

DONE this 2nd day of January, 2013.

                                   s/WILLIAM H. STEELE
                                   CHIEF UNITED STATES DISTRICT JUDGE