```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                   SOUTHERN DISTRICT OF ALABAMA
                          SOUTHERN DIVISION
```

RHONDA FRAZIER,                       :
                                      :
      Plaintiff,                 :
                                      :
vs.                                   :   CIVIL ACTION 12-0567-WS-M
                                      :
STATE OF ALABAMA, et al.,             :
                                      :
      Defendants.                :

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. ' 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice for failure to prosecute and to obey the Court's Order.

DONE this 2nd day of January, 2013.

                                                      s/WILLIAM H. STEELE
                                                     CHIEF UNITED STATES DISTRICT JUDGE