```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION

RHONDA FRAZIER,                  :
                                 :
         Plaintiff,              :
                                 :
vs.                              :    CIVIL ACTION 12-0567-WS-M
                                 :
STATE OF ALABAMA, et al.,        :
                                 :
         Defendants.             :
```

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice.

DONE this 2nd day of January, 2013.

```
                          s/WILLIAM H. STEELE
                          CHIEF UNITED STATES DISTRICT JUDGE
```